JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARLON L. ROBINSON., | Case No. 2:21-cv-04454-PD |
| Plaintiff, | **JUDGMENT** |
| v. | |
| KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED: March 24, 2023

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE